**ORD**
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 4762
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702-384-4012
Facsimile: 702-383-0701
mstoberski@ocgas.com

CASEY D. BAKER, ESQ.
Nevada Bar No. 9504
MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, GA 30009
Telephone: 678-824-7800
Facsimile: 678-824-7801
cbaker@mkblawfirm.com

*Attorneys for Plaintiff Herman Truck Lines, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN TRUCK LINES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JUAN ANTONIO COVARRUBIAS D/B/A TRINO EXPRESS, <br><br> Defendant. | CASE NO.: 2:18-cv-01575-JAD-CWH <br><br> **ORDER RE: <br> PLAINTIFF'S MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [SECOND REQUEST]** |

IT IS HEREBY ORDERED that Plaintiff, HERMAN TRUCK LINES, LLC's motion for

///

///

1

enlargement of time is GRANTED. The responsive filing shall be due on ___October 15___, 2018.

DATED this __5__ day of October, 2018.

_____
United States Magistrate Judge

Respectfully Submitted By:

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

_____
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 4762
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702-384-4012
Facsimile: 702-383-0701
mstoberski@ocgas.com


MCMICKLE, KUREY & BRANCH, LLP

*/s/ Casey D. Baker*
CASEY D. BAKER, ESQ.
Nevada Bar No. 9504
200 South Main Street
Alpharetta, GA 30009
Telephone: 678-824-7800
Facsimile: 678-824-7801
cbaker@mkblawfirm.com

*Attorneys for Plaintiff, Herman Truck Lines, LLC*