MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 4762
OLSON, CANNON, GORMLEY, ANGULO
& STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702-384-4012
Facsimile: 702-383-0701
mstoberski@ocgas.com

CASEY D. BAKER, ESQ.
Nevada Bar No. 9504
MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, GA 30009
Telephone: 678-824-7800
Facsimile: 678-824-7801
cbaker@mkblawfirm.com

*Attorneys for Plaintiff Herman Truck Lines, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN TRUCK LINES, LLC, | CASE NO.: 2:18-cv-01575-JAD-CWH |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [THIRD REQUEST]** |
| JUAN ANTONIO COVARRUBIAS D/B/A TRINO EXPRESS, | |
| Defendant. | |

Plaintiff, HERMAN TRUCK LINES, LLC, by and through its counsel of record, the law

firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, requests an extension of

time for Defendant, JUAN ANTONIO COVARRUBIAS D/B/A TRINO EXPRESS, to prepare a

responsive pleading to Plaintiff, HERMAN TRUCK LINES, LLC's, Complaint as the parties are

1

actively discussing the possibility of resolution of the claims asserted in this action.

The filing to which a response is due was originally served on Defendant on August 31, 2018.

Plaintiff filed a Motion to Extend Time for Defendant to File Response to Plaintiff's Complaint [First Request] on September 19, 2018 [Doc. 8], which was granted by the Court on September 25, 2018 [Doc. 9].

Due to the parties actively discussing the possibility of resolution of the claims, and Plaintiff's requesting that Defendant provide certain relevant documents, Plaintiff filed a Motion to Extend Time for Defendant to File Response to Plaintiff's Complaint [Second Request] on October 4, 2018 [Doc. 10], which was granted by the Court on October 5, 2018 [Doc. 11].

Defendant's counsel provided some of the requested relevant documents to Plaintiff's counsel on October 15, 2018, but Defendant's counsel also indicated that additional relevant documents have not been received yet in order to produce to Plaintiff's counsel.

Additional time is requested for Defendant to prepare the responsive filing, so that Defendant's counsel can produce the remaining relevant documents to Plaintiff's counsel, and so that the parties can continue to attempt to reach a resolution of the claims asserted in this action.

Plaintiff requests that Defendant's responsive filing be due on November 7, 2018, or any other date the Court deems proper.

Plaintiff does not believe the requested extension of time will have a material adverse effect on the legitimate interests of any person.

Plaintiff does not expect a further extension will be requested.

/ / /

/ / /

Both parties are agreeable to this extension.

DATED this 15th day of October, 2018.

MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 4762
OLSON, CANNON, GORMLEY, ANGULO &
STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702-384-4012
Facsimile: 702-383-0701
mstoberski@ocgas.com

/s/ Casey D. Baker
CASEY D. BAKER, ESQ.
Nevada Bar No. 9504
MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, GA 30009
Telephone: 678-824-7800
Facsimile: 678-824-7801
cbaker@mkblawfirm.com

*Attorneys for Plaintiff, Herman Truck Lines, LLC*

MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 4762
OLSON, CANNON, GORMLEY, ANGULO
& STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702-384-4012
Facsimile: 702-383-0701
mstoberski@ocgas.com

CASEY D. BAKER, ESQ.
Nevada Bar No. 9504
MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, GA 30009
Telephone: 678-824-7800
Facsimile: 678-824-7801
cbaker@mkblawfirm.com

*Attorneys for Plaintiff Herman Truck Lines, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN TRUCK LINES, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>JUAN ANTONIO COVARRUBIAS D/B/A<br>TRINO EXPRESS,<br><br>       Defendant. | CASE NO.: 2:18-cv-01575-JAD-CWH<br><br>**ORDER RE:**<br>**PLAINTIFF'S MOTION TO EXTEND**<br>**TIME FOR DEFENDANT TO FILE**<br>**RESPONSE TO PLAINTIFF'S**<br>**COMPLAINT [THIRD REQUEST]** |

IT IS HEREBY ORDERED that Plaintiff, HERMAN TRUCK LINES, LLC's motion for

/ / /

/ / /

enlargement of time is GRANTED.  The responsive filing shall be due on October 31, 2018.

DATED this __17__ day of October, 2018.

_____
United States Magistrate Judge

Respectfully Submitted By:

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

_____
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 4762
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
Telephone: 702-384-4012
Facsimile: 702-383-0701
mstoberski@ocgas.com


MCMICKLE, KUREY & BRANCH, LLP

_/s/ Casey D. Baker_____
CASEY D. BAKER, ESQ.
Nevada Bar No. 9504
200 South Main Street
Alpharetta, GA  30009
Telephone: 678-824-7800
Facsimile: 678-824-7801
cbaker@mkblawfirm.com


_Attorneys for Plaintiff, Herman Truck Lines, LLC_